# EXHIBIT 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| RED TREE INVESTMENTS, LLC,<br><br>                              Plaintiff,<br><br>              -against-<br><br>PETROLEOS DE VENEZUELA, S.A. and<br>PDVSA PETROLEO, S.A.,<br><br>                              Defendants. | **NOTICE OF MOTION FOR SUMMARY JUDGMENT IN LIEU OF COMPLAINT**<br><br>**Oral Argument Is Requested**<br><br>Index No. _____ |

**PLEASE TAKE NOTICE** that, upon the summons dated February 15, 2019, and the annexed affidavits of Daniel Wallitt, sworn to on January 25, 2019, and the affidavit of Stephen Broome, with their exhibits annexed thereto, the Plaintiff, Red Tree Investments, LLC, will move this Court located at the New York County Courthouse at 60 Centre Street, New York, New York, Motion Submission Part, Room 130, on March 21, 2019, at 9:00 AM, or as soon thereafter as counsel can be heard for summary judgment in lieu of complaint, pursuant to C.P.L.R. § 3213, in favor of the plaintiff and against the defendants for the sum of $118,359,515.23, together with interest, upon the grounds that this action is based upon an instrument for the payment of money only and that there is no defense thereto, and for such and other further relief as the Court may deem just and proper; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to CPLR 3213, answering papers, if any, shall be served upon undersigned counsel at least ten (10) days before the return date of this motion. Reply or responding affidavits shall be served at least one day before such time.

1

INDEX NO. 651005/2019
NYSCEF DOC. NO. 2    Case 1:19-cv-02519-AJN    Document 25-2    Filed 04/11/19    Page 3 of 3
RECEIVED NYSCEF: 02/15/2019

2

Dated: February 15, 2019
Respectfully submitted,

___/s/ Stephen A. Broome_____
By: Stephen A. Broome
Quinn Emanuel Urquhart & Sullivan, LLP
*Attorneys for Plaintiff*
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
(212) 849-7000


___/s/ Mark C. Zauderer_____
By: Mark C. Zauderer, Esq.
Ganfer Shore Leeds & Zauderer LLP
*Attorneys for Plaintiff*
360 Lexington Avenue
New York, New York 10017
(212) 922-9250



To:    Petróleos de Venezuela, S.A.

     Defendant

     c/o Corporation Service Company
     1180 Avenue of the Americas, Suite 210
     New York, NY 10036


To:    PDVSA Petróleo, S.A.

     Defendant

     c/o Corporation Service Company
     1180 Avenue of the Americas, Suite 210
     New York, NY 10036