# EXHIBIT 13

# AFFIDAVIT OF SERVICE

### SUPREME COURT OF THE STATE OF NEW YORK / COUNTY OF NEW YORK
_____Index No. 651005/2019

**RED TREE INVESTMENTS, LLC**

                    **Plaintiff,**

    **-against-**

**PETROLEOS DE VENEZUELA, S.A. AND
PDVSA PETROLEO, S.A.**

               **Defendants**

---

*State Of New York, County of New York SS:*
**DOMINIK PRZYBYLO**
Being duly sworn, deposes and says that he is over eighteen years of age, is not a party to this action, and resides in the State of New York.

That on the **19th** day of **FEBRUARY, 2019** at: **2:42 PM**

At: **C/O CORPORATION SERVICE COMPANY, 1180 AVENUE OF THE AMERICAS, SUITE 210, NEW YORK, NY 10036**

Deponent served the: **NOTICE OF COMMENCEMENT (EFM-1), SUMMONS, NOTICE OF MOTION FOR SUMMARY JUDGMENT IN LIEU OF COMPLAINT, AFFIRMATION OF STEPHEN A. BROOME WITH EXHIBITS, MEMORANDUM OF LAW, REQUEST FOR JUDICIAL INTERVENTION WITH COMMERCIAL DIVISION ADDENDUM**

Upon: **PETROLEOS DE VENEZUELA, S.A.**

    **PERSONAL SERVICE ON A CORPORATION**
    A corporation, by delivering thereat a true copy to **ANNE GRIGORAKOS (CUSTOMER SERVICE ASSOCIATE)** personally, who stated that she is the said individual *Authorized to Accept Service* on behalf of **PETROLEOS DE VENEZUELA, S.A.**

    **DESCRIPTION** – Deponent describes the individual served as follows:
    Sex: **FEMALE** Color: **WHITE** Hair: **BLONDE** App. Age: **60** App. Ht. **5'6"** App. Wt. **120 lbs.**
    Other identifying features:

Subscribed and sworn to before
me this **20th** day of **FEBRUARY, 2019**


JOLANTYNA GAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County 2020
Commission Expires June 14, 2019

**DOMINIK PRZYBYLO #206-9153**

**CLASSIC LEGAL SUPPORT # 2022186-DCA**
475 PARK AVE SOUTH, 23rd FLOOR
NEW YORK, NEW YORK 10016
TEL. (212) 889-3200