# EXHIBIT 14



# WebCivil Supreme - eFiled Documents Detail

Court: **New York Supreme Court**
Index Number: **0651005/2019**
Case Name: **RED TREE INVESTMENTS, LLC vs. PETROLEOS DE VENEZUELA, S.A.**
Case Type: **CD-ECONTRACT**
Track: **Complex**

## Document List - Click on the document name to view the document

| Document # | Date Received/Filed | Document | Description | Motion # | Filing User |
|---|---|---|---|---|---|
| 1 | 02/15/2019 | SUMMONS AND 3213 MOTION W/ RJI | Summons | | STEPHEN ANDREW BROOME |
| 2 | 02/15/2019 | NOTICE OF MOTION FOR SUMMARY JUDGMENT IN LIEU OF COMPLAINT | Notice of Motion for Summary Judgment in Lieu of Complaint | 001 | STEPHEN ANDREW BROOME |
| 3 | 02/15/2019 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Affirmation of Stephen A. Broome in Support Plaintiffs' Motion for Summary Judgment in Lieu of Complaint | | STEPHEN ANDREW BROOME |
| 4 | 02/15/2019 | EXHIBIT(S) | Broome Exhibit A - 2015 Note Agreement | | STEPHEN ANDREW BROOME |
| 5 | 02/15/2019 | EXHIBIT(S) | Broome Exhibit B - 2015 Note (R-2) | | STEPHEN ANDREW BROOME |
| 6 | 02/15/2019 | EXHIBIT(S) | Broome Exhibit C - 2015 Note (R-3) | | STEPHEN ANDREW BROOME |
| 7 | 02/15/2019 | EXHIBIT(S) | Broome Exhibit D - 2016 Note Agreement | | STEPHEN ANDREW BROOME |
| 8 | 02/15/2019 | EXHIBIT(S) | Broome Exhibit E - 2016 Note | | STEPHEN ANDREW BROOME |
| 9 | 02/15/2019 | EXHIBIT(S) | Broome Exhibit F - Wallitt 2015 Note Affidavit with Exhibits | | STEPHEN ANDREW BROOME |
| 10 | 02/15/2019 | EXHIBIT(S) | Broome Exhibit G - Wallitt 2016 Note Affidavit with Exhibits | | STEPHEN ANDREW BROOME |
| 11 | 02/15/2019 | MEMORANDUM OF LAW IN SUPPORT | Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment in Lieu of Complaint | | STEPHEN ANDREW BROOME |
| 12 | 02/15/2019 | RJI -RE: NOTICE OF MOTION | Request for Judicial Intervention | | STEPHEN ANDREW BROOME |
| 13 | 02/15/2019 | ADDENDUM - COMMERCIAL DIVISION (840C) | --none-- | | STEPHEN ANDREW BROOME |
| 14 | 02/19/2019 | NOTICE OF APPEARANCE (POST RJI) | --none-- | | MARK C ZAUDERER |
| 15 | 02/21/2019 | NOTICE OF APPEARANCE (POST RJI) | Notice of Appearance of Stephen A. Broome for Plaintiff | | STEPHEN ANDREW BROOME |
| 16 | 02/21/2019 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affidavit of Service of the Notice of Commencement (EFM-1), Summons, Motion for Summary Judgment in Lieu of Complaint, Affirmation, Exhibits and Memorandum of Law in Support, RJI and Commercial Division Addendum upon Petroleos De Venezuela, S.A. | 001 | STEPHEN ANDREW BROOME |
| 17 | 02/21/2019 | AFFIRMATION/AFFIDAVIT OF SERVICE | Affidavit of Service of the Notice of Commencement (EFM-1), Summons, Motion for Summary Judgment in Lieu of Complaint, Affirmation, Exhibits and Memorandum of Law in Support, RJI and Commercial Division Addendum upon PDVSA Petroleo, S.A. | 001 | STEPHEN ANDREW BROOME |
| 18 | 02/21/2019 | NOTICE OF APPEARANCE (POST RJI) | Notice of Appearance of Victor Noskov for Plaintiff | | VICTOR NOSKOV |
| 19 | 02/21/2019 | NOTICE OF APPEARANCE | Notice of Appearance of Anna Deknatel for Plaintiff | | ANNA |

| | | | | DEKNATEL |
|---|---|---|---|---|
| | | (POST RJI) | | |
| 20 | 03/21/2019 | NOTICE OF REMOVAL / REMAND (POST RJI) | Notice of Filing Notice of Removal | DENNIS H TRACEY |
| 21 | 03/21/2019 | EXHIBIT(S) | Notice of Removal | DENNIS H TRACEY |

Close