UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED TREE INVESTMENTS, LLC,<br><br>                    Plaintiff,<br><br>           - against -<br><br>PETROLEOS DE VENEZUELA, S.A. and PDVSA PETROLEO, S.A.,<br><br>                    Defendants. | **NOTICE OF PLAINTIFF'S MOTION TO LIFT THE LITIGATION STAY**<br><br>Docket No. 1:19-CV-02519<br>(related to 1:19-CV-02523) |

PLEASE TAKE NOTICE that upon the accompanying Declaration of Stephen A. Broome and for the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion to Lift the Stay, plaintiff Red Tree Investments, LLC ("Red Tree"), by and through their undersigned counsel, shall move this Court, before the Honorable Alison J. Nathan, at Courtroom 906 of the United States Courthouse, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for an order lifting the litigation stay entered by the Court on May 3, 2019, directing Defendants to respond to Red Tree's Motion for Summary

Judgment within 20 days, and establishing a schedule for full briefing of the Motion for Summary Judgment, and for such other and further relief as this Court deems just and proper.

DATED:   New York, New York
         August 5, 2019

                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                        By: */s/ Stephen A. Broome*
                                        _____
                                        Stephen A. Broome
                                        Susheel Kirpalani
                                        Victor Noskov
                                        Anna Deknatel
                                        51 Madison Avenue, 22nd Floor
                                        New York, New York  10010-1601
                                        (212) 849-7000

                                        Daniel Salinas-Serrano (*pro hac vice*)
                                        1300 I Street, N.W.
                                        Suite 900
                                        Washington, D.C. 20005
                                        Tel: 202-538-8132

                                        *Attorneys for Red Tree Investments, LLC*