**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(202) 538-8132**

WRITER'S EMAIL ADDRESS
**danielsalinas@quinnemanuel.com**

January 30, 2020

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Red Tree Investments, LLC v. Petróleos de Venezuela, S.A. et al., No. 1:19-cv-02519
(related to No. 1:19-cv-02523)

Dear Judge Nathan:

We write on behalf of the parties in the above-captioned action with regards to the briefing schedule for Defendants' motion for Rule 56(d) discovery. With Defendants' consent and in light of the holiday on February 17, 2020, we respectfully request that the Court amend the briefing schedule to the following dates:

| | |
|---|---|
| Defendants' Rule 56(d) motion: | February 7, 2020 |
| Plaintiff's opposition: | February 18, 2020 |
| Defendants' reply: | February 25, 2020 |

Sincerely,

*/s/ Daniel Salinas-Serrano*
Daniel Salinas-Serrano

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART