# quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(202) 905-4668**

WRITER'S EMAIL ADDRESS
**danielsalinas@quinnemanuel.com**

August 17, 2020

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Red Tree Investments, LLC v. Petróleos de Venezuela, S.A. et al.*, No. 1:19-cv-02519

Dear Judge Nathan,

We write on behalf of Plaintiff Red Tree Investments, LLC to inform the Court that this matter is incorrectly marked as "STAYED" in the ECF system. The Court stayed this case on May 6, 2019 for 120 days, [Dkt. No. 33]. That stay lapsed on September 3, 2019. On September 26, 2019, Plaintiffs moved for an additional 120-day stay, [Dkt. No. 49], which the Court denied on January 14, 2020, [Dkt. No. 57]. As the Court is aware, Defendants' discovery motion pursuant to Fed. R. Civ. P. 56(d) has been fully briefed since February 24, 2020.

For clarity and accuracy, Red Tree respectfully requests that the case docket in ECF be updated to reflect that the matter is no longer stayed.

Sincerely,

*/s/ Daniel Salinas-Serrano*

Daniel Salinas-Serrano

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART