UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED TREE INVESTMENTS, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>PETRÓLEOS DE VENEZUELA, S.A. and PDVSA PETRÓLEO, S.A.,<br><br>                Defendants. | Case No. 19 Civ. 2519<br>[related to 19 Civ. 2523]<br><br>Hon. Alison J. Nathan |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Elizabeth K. Clarke, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am in good standing in the bar of the state of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 15, 2021             Respectfully submitted,

                                             /s/ Elizabeth K. Clarke
                                             Elizabeth K. Clarke
                                             MOLOLAMKEN LLP
                                             300 N. LaSalle St., Suite 5350
                                             Chicago, IL 60654
                                             Tel.: (312) 450-6700
                                             Fax: (312) 450-6701
                                             eclarke@mololamken.com

## **CERTIFICATE OF SERVICE**

I certify that on July 15, 2021, I caused the foregoing Motion for Admission Pro Hac Vice and accompanying documents to be filed with the Clerk of the Court using the CM/ECF system, which will effect service on all parties.

/s/ Elizabeth K. Clarke
Elizabeth K. Clarke