

Steven F. Molo
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8160
F: 212.607.8161
smolo@mololamken.com

December 15, 2021

VIA CM/ECF

Hon. P. Kevin Castel
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Red Tree Investments, LLC v. Petróleos de Venezuela, S.A. et al.*,
              Nos. 19 Civ. 2519 and 19 Civ. 2523 (S.D.N.Y.)

Dear Judge Castel:

      We represent Red Tree. In advance of the conference scheduled for tomorrow morning, we have prepared a brief chronology of this case's procedural history to be of assistance to the Court. A copy of that chronology is enclosed with this letter as Exhibit A. We look forward to discussing these issues in more detail.

                                                      Respectfully submitted,

                                                      /s/ Steven F. Molo
                                                      Steven F. Molo

CC:  All counsel of record via CM/ECF