UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED TREE INVESTMENTS, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>PETRÓLEOS DE VENEZUELA, S.A. and PDVSA PETRÓLEO, S.A.,<br><br>                Defendants. | Case No. 19 Civ. 2519<br><br>Hon. P. Kevin Castel |

### [PROPOSED] JUDGMENT

For the reasons stated in this Court's Memorandum Opinion and Order dated December 22, 2021 (Dkt. 136):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of Red Tree Investments, LLC, and against Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A., jointly and severally, in the following amounts:

| Note | Unpaid Principal | Accrued Interest | Total Owed as of December 23, 2021 | Interest Accruing Per Day following December 23, 2021 until Judgment Is Entered |
|---|---|---|---|---|
| 2015 Notes[1] | $21,379,633.74 | $6,911,583.83 | $28,291,217.57 | $5,059.72 |
| 2016 Note[2] | $96,979,881.49 | $32,669,112.30 | $129,648,993.79 | $23,530.17 |
| **Total** | **$118,359,515.23** | **$39,580,696.13** | **$157,940,211.36** | **$28,589.89** |

---

[1] This row refers to sums owed to Red Tree under the Note Agreement dated as of March 27, 2015 (filed at Dkts. 25-4 and 25-5) (the "2015 Note Agreement").

[2] This row refers to sums owed to Red Tree under the Note Agreement dated as of May 13, 2016 (filed at Dkts. 25-8 and 25-9) (the "2016 Note Agreement").

It is FURTHER ORDERED, ADJUDGED, AND DECREED that post-judgment interest from the date of this judgment will accrue at the 8.5% default interest rate as provided in § 2.04 of the 2015 Note Agreement, and in § 2.04 of the 2016 Note Agreement.


Dated: _____          _____
       New York, New York                Hon. P. Kevin Castel
                                         United States District Judge