UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| RED TREE INVESTMENTS, LLC, | |
|---|---|
| Plaintiff, | Case No. 19 Civ. 2523 |
| v. | Hon. P. Kevin Castel |
| PETRÓLEOS DE VENEZUELA, S.A. and PDVSA PETRÓLEO, S.A., | |
| Defendants. | |

**[PROPOSED] JUDGMENT**

For the reasons stated in this Court's Memorandum Opinion and Order dated December 22, 2021 (Dkt. 137):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of Red Tree Investments, LLC, and against Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A., jointly and severally, in the following amounts:

| Unpaid Principal | Accrued Interest | Total Owed as of December 23, 2021 | Interest Accruing Per Day following December 23, 2021 until Judgment Is Entered |
|---|---|---|---|
| $63,500,000.00 | $24,901,385.88 | $88,401,385.88 | $17,700.88 |

It is FURTHER ORDERED, ADJUDGED, AND DECREED that post-judgment interest from the date of this judgment will accrue at the 9.5% default interest rate as provided in § 2.05(c) of the Credit Agreement dated as of December 27, 2016 (filed at Dkt. 26-4 and 26-5).

Dated: _____    _____
       New York, New York          Hon. P. Kevin Castel
                                   United States District Judge