UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RED TREE INVESTMENTS, LLC,

    Plaintiff,

v.

PETRÓLEOS DE VENEZUELA, S.A. and
PDVSA PETRÓLEO, S.A.,

    Defendants.

Case No. 19 Civ. 2519 (PKC)

## FINAL JUDGMENT

For the reasons stated in this Court's Memorandum Opinion and Order dated December 22, 2021 (Dkt. 136):

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of Red Tree Investments, LLC, and against Defendants Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A., jointly and severally, in the following amounts:

| Notes | Unpaid Principal | Accrued Interest | Total |
| --- | --- | --- | --- |
| 2015 Notes | $21,379,633.74 | $6,911,583.83 | $28,291,217.57 |
| 2016 Notes | $96,979,881.49 | $32,669,112.30 | $129,648,993.79 |
| Total | $118,359,515.23 | $39,580,696.13 | $157,940,211.36 |

It is FURTHER ORDERED, ADJUDGED, AND DECREED that post-judgment interest from the date of this judgment will accrue at the 8.5% default interest rate as provided in § 2.04 of the 2015 Note Agreement, and in § 2.04 of the 2016 Note Agreement.

Dated: 1-6-22
New York, New York

Hon. P. Kevin Castel
United States District Judge