UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
RED TREE INVESTMENTS, LLC,

                Plaintiff,

    -against-                                        19-cv-2519 (PKC)
                                                          19-cv-2523 (PKC)

PETRÓLEOS DE VENEZUELA, S.A. and          ORDER
PDVSA PETRÓLEO, S.A.,
                Defendants
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Defendants' letter of January 27, 2022 will be deemed a motion to stay execution of the judgments. Plaintiff shall respond within two days of this Order and defendants may reply two days thereafter.

        Plaintiff's letter of January 27, 2022 will be deemed a motion for leave to register the judgments under 28 USC § 1963 prior to the time for filing a notice of appeal. Defendants shall respond within two days of this Order and plaintiff may reply two days thereafter.

        SO ORDERED.

Dated: New York, New York
       January 31, 2022

                                            P. Kevin Castel
                                       United States District Judge