# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RED TREE INVESTMENTS, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>PETRÓLEOS DE VENEZUELA, S.A. and PDVSA PETRÓLEO, S.A.,<br><br>                    Defendants. | No. 19 Civ. 2519<br>[rel. No. 19 Civ. 2523]<br><br>Hon. P. Kevin Castel |

## CLERK'S CERTIFICATION OF A JUDGMENT
## TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this Court on January 6, 2022.

I also certify that, as it appears from this Court's records, an appeal has been filed and is pending before the U.S. Court of Appeals for the Second Circuit.

I certify that this Clerk's Certification of a Judgment is being issued per the Court's order entered February 4, 2022, copy attached.

Dated: _____, 2022           *CLERK OF COURT*

                                          _____
                                          *Signature of Clerk or Deputy Clerk*