UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

RED TREE INVESTMENTS, LLC,

                        Plaintiff,

      -against-                                    19-cv-2519 (PKC)
                                                        19-cv-2523 (PKC)

PETRÓLEOS DE VENEZUELA, S.A. and                  ORDER
PDVSA PETRÓLEO, S.A.,

                        Defendants

-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The Court advises the parties that it received the attached letter in the mail from the Tribunale Ordinario di Roma.

       SO ORDERED.

Dated: New York, New York
       February 23, 2022

                                                  P. Kevin Castel
                                         United States District Judge

Case 1:19-cv-02519-PKC Document 168 Filed 02/23/22 Page 2 of 5
Decreto di fissazione udienza n. cronol. 5498/2021 del 14/12/2021
RG n. 20395/2021

N. R.G. 20395/2021



## TRIBUNALE ORDINARIO di ROMA
### SETTIMA SEZIONE CIVILE
### DECRETO FISSAZIONE UDIENZA
### COMMISSIONE ROGATORIA INTERNAZIONALE
### CORTE DISTRETTUALE MERIDIONALE DI NEW YORK

**Il Giudice Delegato**

Visti gli atti della Commissione Rogatoria rubricata n. **20395/2021 V.G.**, pervenuta a questo ufficio in data 30 novembre 2021,

fissa per lo svolgimento della prova delegata il giorno martedì **12 aprile 2022 ore 13:00**, avanti alla dott.ssa Chiara Maria d'Orsi, Tribunale Civile di Roma, via Lepanto 4,

Manda alla cancelleria per la convocazione a quella data del legale rappresentante della SACE S.p.A. con sede in Piazza Poli, 37/42, Roma

Affinché venga sentito sui fatti contenuti in atti relativi al procedimento promosso da RED TREE INVESTMENTS, LLC nei confronti di PETROLEOS DE VENEZUELA, S.A. and PDVSA PETROLEO, S.A.

Prova richiesta: "Testimonianza orale per deposizione e documenti e informazioni"

Scopo della prova richiesta: "PDVSA richiede questa prova per ottenere la documentazione e la testimonianza riguardante la negoziazione della Cambiale R-3 in questione, così come la presunta cessione della Cambiale a GE EFS. La prova è necessaria per determinare se la Cambiale R-3 è stata validamente ceduta da SACE".

In merito alla richiesta di organizzare un servizio di videoconferenza a distanza, via web, e alla registrazione stenografica, questo Giudice osserva che l'art. 9 della Convenzione dell'Aja del 18 marzo 1970, prevede che l'autorità giudiziaria delegata applichi le leggi del proprio paese per quanto riguardi le procedure da seguire. Prevede la possibilità di *"accondiscendere alla richiesta dell'autorità richiedente ove questo non sia incompatibile con la legge dello Stato richiesto, o la sua applicazione non sia possibile, sia a motivo degli usi giudiziari interni dello Stato richiesto, sia per la difficoltà di ordine pratico"*. Attualmente, nella fattispecie, sussistono entrambi gli ultimi due

Pagina 1

Case 1:19-cv-02519-PKC   Document 168   Filed 02/23/22   Page 3 of 5
Decreto di fissazione udienza n. cronol. 5498/2021 del 14/12/2021
RG n. 20395/2021

ostacoli, infatti, non essendovi uso giudiziario di acquisire le testimonianze in videoconferenza, la richiesta pone anche difficoltà di ordine pratico.

Pertanto la richiesta della videoconferenza non può essere accolta.

Della testimonianza, acquisita, sotto giuramento come previsto dall'art. 251 del codice di procedura civile, verrà redatto dal giudice verbale in cui saranno riportati le domande formulate con le relative risposte.

Manda alla Cancelleria di comunicare la data dell'assunzione della prova alla società SACE s.p.a., all'Autorità rogante e alle parti del procedimento, anche presso gli avvocati costituiti.

Si comunichi.

Roma, 14 dicembre 2021

Il Giudice Delegato
dott. Chiara Maria D'Orsi

R.G. 20385/2021



RC 0735 0600 5 IT

USDC SDNY

**Posteitaliane**

Registered Mail
AR   N. D974
80125 NAPOLI
NA

27.12.2021   20.13
Euro 009.55

A
Tribunale Distrettuale
Degli Stati Uniti per il
Distretto Meridionale di New York
On. Airon J. Nathan
40 Foley Square stanza 2102
New York, New York 10007
Stati Uniti D'America

Incollare senza piegare / Coller sans plier

MITT: TRIBUNALE CIVILE ROMA - SEZ. VII CIVILE
Via Lepanto 4
Roma - ITALIA



Incollare senza piegare / Coller sans plier