N. R.G. 20395/2021



## TRIBUNALE ORDINARIO DI ROMA

SETTIMA SEZIONE CIVILE

Nel procedimento di volontaria giurisdizione, rogatoria internazionale, iscritto al n. r. g. **20395/2021** promosso da:

**RED TREE INVESTMENTS LLC**



contro                                                                  ATTORE/I

**PETROLEOS DE VENEZUELA S.A.**

**PETROLEO S.A.**

CONVENUTO/I

Il Giudice dott. Chiara Maria D'Orsi,

letta l'istanza di rinuncia alla rogatoria internazionale, depositata dal Ricorrente,

revoca il proprio decreto emesso in data 14 12 2021 che aveva fissato l'udienza per il prossimo 12 04 2022 per l'audizione del teste indicato,

dichiara

l'estinzione del presente procedimento.

Si comunichi.

Roma, 3 febbraio 2022

Il Giudice
dott. Chiara Maria D'Orsi



**TRIBUNALE DI ROMA**

R.G. 20385/2[...]

Posteitaliane
Registered Mail
11.02.2022  17.32
Euro 009.55
N. D974
AR
80125 NAPOLI
NA

A Tribunale Distrettuale Degli Stati Uniti per il Distretto Meridionale di New York
On. Alison J. Nathan
40 Foley Square, STANZA 2102
New York, New York 10007
Stati Uniti D'America



USMS SDNY



RC 0735 0757 5 IT

Incollare senza piegare / Coller sans plier



TRIBUNALE DI ROMA
SEZIONE 7 CIVILE
Via Ulpiano 4
Roma - Italia

Incollare senza piegare / Coller sans plier