**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

RED TREE INVESTMENTS, LLC,

                                      Plaintiff,                    **19-CV-02 (PKC) (SN)**

                  -against-                                         **ORDER**

PETROLEOS DE VENEZUELA, S.A., et al.,

                                      Defendants.
----------------------------------------------------------------X
----------------------------------------------------------------X

RED TREE INVESTMENTS, LLC,

                                      Plaintiff,                    **19-CV-02523 (PKC) (SN)**

                  -against-

PETROLEOS DE VENEZUELA, S.A., et al.,

                                      Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On April 7, 2022, the Hon. P. Kevin Castel referred these cases to my docket for the purpose of resolving the motions for attorney's fees and costs and for settlement.

    A call is scheduled for Tuesday, April 19, 2022, at 3:30 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. The Court does not anticipate hearing argument on the merits of the fee motion but wishes to discuss whether the parties are interested in judicially supervised settlement discussions.

In addition, the Court requests courtesy copies of the attorney's fees motions, to be submitted at the parties' earliest convenience.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 8, 2022
          New York, New York