```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RED TREE INVESTMENTS, LLC,

                            **Plaintiff,**                     19-CV-02519 (PKC)(SN)

               -against-                                    **ORDER**

PETROLEOS DE VENEZUELA, S.A., et al.,

                            **Defendants.**
-----------------------------------------------------------------X
-----------------------------------------------------------------X

RED TREE INVESTMENTS, LLC,

                            **Plaintiff,**                     19-CV-02523 (PKC)(SN)

               -against-

PETROLEOS DE VENEZUELA, S.A., et al.,

                            **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Due to a conflict in the Court's calendar, the telephone conference currently scheduled for Tuesday, April 19, 2022, at 3:30 p.m. is RESCHEDULED for 11:30 a.m. that same day. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                                                _____
                                                                      SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:  April 14, 2022
              New York, New York