UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————x
RED TREE INVESTMENTS, LLC,

                        Plaintiff,

       -against-                                   19-cv-2519 (PKC)
                                                           19-cv-2523 (PKC)

PETRÓLEOS DE VENEZUELA, S.A. and                ORDER
PDVSA PETRÓLEO, S.A.,

                        Defendants
—————————————————————————x

CASTEL, U.S.D.J.

        Without objection, the November 29, 2022 Report and Recommendation of Magistrate Judge Netburn in 19 cv 2519 and 19 cv 2523 is adopted as the Order of this Court.

        The motions for attorneys' fees (ECF 148 in 19 cv 2519 and ECF 149 in 19 cv 2523) are terminated.

        SO ORDERED.

Dated: New York, New York
       February 23, 2023

                                                       P. Kevin Castel
                                            United States District Judge